IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN L.D. GRADE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3162 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, A Delaware Corporation, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) The parties' joint motion to continue the progression schedule, (filing no. 25), is granted.

2) The final progression order is amended as follows:

   a. The deadlines for disclosure of experts and, unless otherwise agreed, the deadlines for the provision of expert reports are:

      For the plaintiff:      July 29, 2010.
      For the defendants:     August 30, 2010.

   b. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is July 29, 2010.

   c. Motions to compel discovery shall be filed on or before August 30, 2010.

   d. The discovery and deposition deadline is September 28, 2010.

   e. The pretrial conference will be held before the undersigned magistrate judge on November 3, 2010 at 10:00 a.m.  One- half hour is allocated to this conference.  Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format,

    by 5:00 p.m. on November 2, 2010, and the draft order shall conform to the requirements of the local rules.

  f. A jury trial is set to commence on November 29, 2010. No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

DATED this 5th day of April, 2010.

        BY THE COURT:

        *s/ Cheryl R. Zwart*
        United States Magistrate Judge