IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN L.D. GRADE | ) | 4:09CV3162 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 36) is granted, as follows: Plaintiff shall have until August 23, 2010, to respond to Defendant's motion for summary judgement (filing 30).

August 19, 2010.              BY THE COURT:

*Richard G. Kopf*
United States District Judge